| | |
|---|---|
| 1 | John F. Domingue (SBN 193570) |
| 2 | Dean C. Rossi (SBN 188844)<br>**ROSSI DOMINGUE FOX LLP** |
| 3 | 1570 The Alameda, Suite 316<br>San Jose, California 95126 |
| 4 | Telephone: 408.495.3900 |
| 5 | Facsimile: 408.495.3901<br>Email: john@rdlaw.net |
| 6 | Email: dean@rdfllp.com |
| 7 | Attorneys for Plaintiff/Cross-Defendant Garmany Golf |
| 8 | and Travel, LLC, a California limited liability company |

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| GARMANY GOLF AND TRAVEL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BILL HOGAN, an individual; and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.: 3:19-CV-05189-RS<br><br>STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT<br>AS MODIFIED BY THE COURT<br><br>Complaint Filed: May 20, 2019<br>Trial Date: None |

### STIPULATION

This Stipulation and [Proposed] Order is entered into by and between Plaintiff Garmany Golf and Travel, LLC, a California limited liability company ("Plaintiff") and Defendant Bill Hogan ("Defendant").

WHEREAS, on May 20, 2019, Plaintiff filed an action against Defendant in the Santa Clara Superior Court Case Number 19CV348488, for payment of indebtedness, interference with contract and declaratory relief ("Complaint").

WHEREAS, on July 20, 2019, Defendant filed a Cross-Complaint and caused the matter to be removed to federal court.



WHEREAS, Defendant and Cross-Complainant has a motion to change venue set for hearing in this court on January 2, 2019;

WHEREAS, the parties have executed a settlement agreement as to all claims between them;

WHEREAS, the settlement contains a complete release of all claims between the parties, and payment of certain refunds to customers and other sums to be paid, the completion of which is not scheduled to occur until November 1, 2020.

WHEREAS, the parties desire to take the venue motion off calendar, hold this action open pending completion of the settlement terms, and then have the action dismissed with prejudice promptly after November 15, 2020 provided there is not a breach of the payment terms;

WHEREAS, the parties' written settlement agreement approved and directed the execution of this stipulation by the undersigned attorneys, and that it be submitted to the court for entry as an order;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that:

1. The hearing on Defendant's Motion to Stay or Transfer Venue and Consolidate currently set for January 2, 2020 shall be taken off calendar, without prejudice; and
2. Following completion of the settlement terms, the Parties will file a stipulated Request for Dismissal of this Action.
3. While the settlement terms are in place, the parties stipulate to a stay on this action.

Dated: January 6, 2020    ROSSI DOMINGUE FOX LLP

BY: _____
JOHN E. DOMINGUE
Attorney for Plaintiff/Cross-Defendant
Garmany Golf and Travel, LLC, a
California limited liability company



|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   |                                                                                      |
| 2   | Dated: January 7, 2020                KENNEDY, ARCHER & GIFFEN                        |
| 3   |                                                                                      |
| 4   |                                       BY: *Crystal M. Gaudette*                      |
| 5   |                                       CRYSTAL M. GAUDETTE                            |
| 6   |                                       Attorney for Defendant/Cross-Complainant       |
|     |                                       BILL HOGAN                                     |

### ORDER

Based upon the Stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED as follows:

1. The hearing on Defendant's Motion to Stay or Transfer Venue and Consolidate currently set for January 9, 2020 shall be taken off calendar, without prejudice;

2. This action is stayed for all purposes while the settlement is completed, provided however, that the stay shall be lifted if the settlement agreement becomes void according to its terms.

DATED: January 7, 2020

*/s/ Richard Seeborg*
HONORABLE RICHARD SEEBORG