Crystal M. Gaudette, SBN 247712
KENNEDY, ARCHER & GIFFEN
Attorneys at Law
24591 Silver Cloud Court, Suite 200
Monterey, CA 93940
Telephone (831) 373-7500
Facsimile (831) 373-7555
cgaudette@kaglaw.net

Attorneys for Defendant and Cross-Complainant
BILL HOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARMANY GOLF AND TRAVEL, LLC., a California limited liability company,<br><br>                 Plaintiff,<br>    v.<br>BILL HOGAN, an individual; and DOES 1-20, inclusive,<br><br>                 Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. 19-cv-05189-RS<br><br>**STIPULATION AND ORDER RE STANDBY ORDER**<br><br>Complaint Filed: May 20, 2019<br><br>Trial Date: None |

## **STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiff Garmany Golf and Travel, LLC, a California limited liability company ("Plaintiff") and Defendant Bill Hogan ("Defendant"). Plaintiff and Defendant are referred to herein as the "Parties."

WHEREAS, the Parties entered into a settlement agreement dated January 7, 2020;

WHEREAS, on January 7, 2020, the Parties filed a stipulation with the Court pursuant to which the Court vacated the pending hearing on motion to change venue and ordered the case stayed until such time as settlement terms could be completed;

WHEREAS, the Court issued a Standby Order which requires the Parties to file a stipulation of dismissal by **April 30, 2020,** or if a stipulation of dismissal is not filed by that date, to appear on **May 7, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** to show cause why the case should not be dismissed;

WHEREAS, the Parties' settlement agreement provides that the Parties will dismiss the lawsuit upon timely completion of settlement payments, which is scheduled to occur in November 2020;

NOW, therefore, the Parties agree by and through their counsels of record as follows:

1) This action should remain stayed through November 2020, to accommodate timely performance of the terms of the Parties' settlement agreement;
2) The May 7, 2020 hearing should be vacated;
3) The Parties should be ordered to file a stipulation of dismissal by December 10, 2020, or if a stipulation of dismissal is not filed by that date, to appear on December 17, 2020 or as soon thereafter as the matter can be heard, to show cause as to why the case should not be dismissed.

Dated: April 30, 2020

KENNEDY, ARCHER & GIFFEN

By /s/ Crystal M. Gaudette
Crystal M. Gaudette
Attorneys for Defendant and
Cross-Complainant BILL HOGAN

1 | Dated: April 30, 2020

ROSSI DOMINGUE FOX LLP

By _____
John F. Domingue
Attorneys for Plaintiff/Cross-Defendant
GARMANY GOLF AND TRAVEL, LLC

## ORDER

Based upon the Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED as follows:

1) This action shall remain stayed through November 2020, to accommodate timely performance of the terms of the Parties' settlement agreement;

2) hearing on Order to Show Cause as to why the case should not be dismissed set for May 7, 2020 is hereby vacated;

3) The Parties are hereby ordered to file a stipulation of dismissal by December 10, 2020, or if a stipulation of dismissal is not filed by that date, to appear on December 17, 2020, to show cause as to why the case should not be dismissed.

DATED: __May 1_____, 2020

HONORABLE RICHARD SEEBORG