Crystal M. Gaudette, SBN 247712
KENNEDY, ARCHER & GIFFEN
Attorneys at Law
24591 Silver Cloud Court, Suite 200
Monterey, CA  93940
Telephone (831) 373-7500
Facsimile  (831) 373-7555
cgaudette@kaglaw.net

Attorneys for Defendant and Cross-Complainant
BILL HOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARMANY GOLF AND TRAVEL, LLC., a California limited liability company,<br><br>            Plaintiff,<br>     v.<br><br>BILL HOGAN, an individual; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. 19-cv-05189-RS<br><br>**STIPULATION AND ORDER RE DISMISSAL**<br><br>Complaint Filed:  May 20, 2019<br><br>Trial Date: None |
| AND RELATED CROSS ACTIONS | |

## STIPULATION

This Stipulation and [Proposed] Order is entered into by and between Plaintiff and Cross-Defendant Garmany Golf and Travel, LLC, a California limited liability company ("Plaintiff") and Defendant and Cross-Complainant Bill Hogan ("Defendant"). Plaintiff and Defendant are referred to herein as the "Parties."

WHEREAS, the Parties entered into a settlement agreement dated January 7, 2020;

WHEREAS, the Court issued a Standby Order which requires the Parties to file a stipulation of dismissal by **April 30, 2020,** or if a stipulation of dismissal is not filed by that date, to appear on **May 7, 2020** to show cause why the case should not be dismissed;

WHEREAS, the Parties filed a Stipulation and Order re Standby Order which requires the Parties to file a stipulation of dismissal by **December 10, 2020,** or if a stipulation of dismissal is not filed by that date, to appear on **December 17, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** to show cause why the case should not be dismissed;

WHEREAS, the Parties' settlement agreement provides that the Parties will dismiss the lawsuit upon timely completion of settlement payments, which was scheduled to occur in November 2020;

WHEREAS, satisfaction of settlement payments occurred in November 2020;

NOW, therefore, the Parties agree by and through their counsels of record as follows:

1) This action should be dismissed with prejudice as to all claims asserted by any Party.

Dated: December 9, 2020                                    KENNEDY, ARCHER & GIFFEN

By /s/ Crystal M. Gaudette
   Crystal M. Gaudette
   Attorneys for Defendant and
   Cross-Complainant BILL HOGAN

Dated: December 9, 2020                                                   ROSSI DOMINGUE LLP

By _____
John F. Domingue
Attorneys for Plaintiff/Cross-Defendant
GARMANY GOLF AND TRAVEL, LLC

## ORDER

Based upon the Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED as follows:

1) This action is dismissed with prejudice as to all claims asserted by any Party.

DATED:  __December 10___, 2020

HONORABLE RICHARD SEEBORG